B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gay, Robert P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5466** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

Street Address of Debtor (No. and Street, City, and State):
**1439 Cleveland Avenue
La Grange Park, IL**
ZIP Code **60526**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Cook**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gay, Robert P** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Gay, Robert P**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Robert P Gay**

Signature of Debtor  **Robert P Gay**

X

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 26, 2010**

Date

#### Signature of Attorney*

X  **/s/ Richard L. Hirsh**

Signature of Attorney for Debtor(s)

**Richard L. Hirsh 1225936**

Printed Name of Attorney for Debtor(s)

**Richard L. Hirsh & Associates, P.C.**

Firm Name

**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**

Address

                              **Email: richala@sbcglobal.net**
**630 434-2600  Fax: 630 434-2626**

Telephone Number

**May 26, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P Gay** _____    Case No. _____
                                    Debtor(s)              Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Robert P Gay**
                       **Robert P Gay**

Date:   **May 26, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P Gay**
_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 230,000.00 | | |
| B - Personal Property | Yes | 4 | 132,867.07 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 270,487.27 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 77 | | 1,255,923.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,105.94 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,272.00 |
| Total Number of Sheets of ALL Schedules | | 90 | | | |
| Total Assets | | | 362,867.07 | | |
| Total Liabilities | | | | 1,526,410.54 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P Gay**                                                    ,    Case No. _____

                                   Debtor

                                                 Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Robert P Gay**                                                ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1439 Cleveland Avenue, Lagrange Park IL 60526** | | **J** | **230,000.00** | **270,487.27** |

| | | |
|---|---|---|
| Sub-Total > | **230,000.00** | (Total of this page) |
| Total > | **230,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Robert P Gay**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **1439 Cleveland Avenue, Oak Brook, IL  60523** | - | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City checking** | H | 177.00 |
| | | | **Checking -  National City** | J | 3,100.00 |
| | | | **Savings - 1439 Cleveland Avenue, Oak Brook, IL 60523** | J | 1,150.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Couch, chair, coffee table, lamps, bed, end tables, desk, kitchen table, refrigerator, stove, tv's, vacuum cleaner, computer, lawn mower, snow blower, bicycle, tools**<br>**Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | J | 1,650.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **School books -**<br>**Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | W | 100.00 |
| 6. | Wearing apparel. | | **Men's, women's and children's casual clothing -**<br>**Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | J | 265.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Term policy  death benefit $250,000 NCV (wife is insured)** | - | Unknown |
| | | | **Northwestern Term policy  death benefit $1,000,000 -- debtor i s insured;** | - | Unknown |

Sub-Total >    **6,642.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert P Gay**
                                                                            ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Northwestern Term policy  death benefit  $850,000** | - | **Unknown** |
| | | **Northwestern disability policy** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Simple IRA - Northwest Mutual Investment** | - | **21,168.64** |
| | | **IRA - Northwestern Mutual Investment** | - | **4,043.93** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Mallard Press 50% shares --company closed and liquidated** | - | **Unknown** |
| | | **Drake Offset  50% interest -- closed holding copany for Mallard** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan to The Mallard Press, Inc. - company now closed.** | H | **98,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **123,212.57**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert P Gay**
_____,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Cadillac - Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | H | 2,100.00 |
| | | **Greeley Moped Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | - | 600.00 |
| | | **1999 Dodge Caravan Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | J | 312.50 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >      **3,012.50**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert P Gay**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **132,867.07** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Robert P Gay**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1439 Cleveland Avenue, Lagrange Park IL 60526** | **735 ILCS 5/12-901** | **2,400.00** | **230,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking - National City** | **735 ILCS 5/12-1001(b)** | **3,100.00** | **6,200.00** |
| **Savings - 1439 Cleveland Avenue, Oak Brook, IL 60523** | **735 ILCS 5/12-1001(b)** | **900.00** | **2,300.00** |
| **Interests in Insurance Policies** | | | |
| **Northwestern Term policy  death benefit $1,000,000 -- debtor s insured;** | **735 ILCS 5/12-1001(h)(3) 215 ILCS 5/238** | **100% 100%** | **Unknown** |
| **Northwestern Term policy  death benefit $850,000** | **735 ILCS 5/12-1001(h)(3) 215 ILCS 5/238** | **0.00 0.00** | **Unknown** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Simple IRA - Northwest Mutual Investment** | **735 ILCS 5/12-1006** | **100%** | **21,168.64** |
| **IRA - Northwestern Mutual Investment** | **735 ILCS 5/12-1006** | **100%** | **4,043.93** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Cadillac -** **Location: 1439 Cleveland Avenue, La Grange Park IL 60526** | **735 ILCS 5/12-1001(c)** | **2,100.00** | **2,100.00** |

|  | Total: | **33,712.57** | **265,812.57** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Robert P Gay**
_____,
Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7826** <br><br> **Chase Manhattan Mortgage Attention:  Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219** | | - | **Opened 10/01/05  Last Active  1/02/10** <br><br> **1439 Cleveland Avenue, Lagrange Park IL 60526** <br><br> Value $                230,000.00 | | | | 105,041.27 | 0.00 |
| Account No. <br><br> **Chase P.O. Box 78420 Phoenix, AZ 85062** | | | **Representing: Chase Manhattan Mortgage** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Hinsdale Bank & Trust Company 25 E First St Hinsdale, IL 60521** | | - | **2005** <br><br> **junior mortgage** <br><br> **1439 Cleveland Avenue, Lagrange Park IL 60526** <br><br> Value $                230,000.00 | X | | X | 15,446.00 | 0.00 |
| Account No. <br><br> **Hinsdale Bank & Trust Company 25 E First St Hinsdale, IL 60521** | X | - | **Mortgage** <br><br> **1439 Cleveland Avenue, Lagrange Park IL 60526** <br><br> Value $                230,000.00 | | | | 150,000.00 | 40,487.27 |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal <br> (Total of this page) | 270,487.27 | 40,487.27 |
| | Total <br> (Report on Summary of Schedules) | 270,487.27 | 40,487.27 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re    **Robert P Gay**
_____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Robert P Gay** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **A & E Messenger Service** **15502 Trailside Drive** **Lockport, IL 60441** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **A Corporate Printing Services** **6808 Hobson Valley Drive** **Woodridge, IL 60517** | - | | | X | | X | **625.30** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **A&H Bindery** **2800 Lexington Street** **Broadview, IL 60155** | - | | | X | | X | **75.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **A-Korn Roller, Inc.** **3545 S. Morgan Street** **Chicago, IL 60609** | - | | | X | | X | **Unknown** |

__76__ continuation sheets attached

Subtotal
(Total of this page)            **700.30**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                S/N:29597-100329   Best Case Bankruptcy

5/26/10  6:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                   ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Aabbitt Adhesives, Inc**<br>**2403 N Oakley Avenue**<br>**Chicago, IL 60647** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Accent Promotions**<br>**319 8th St**<br>**Downers Grove, IL 60515** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Accurate Office Supply Co.**<br>**260 Gerzevske Lane**<br>**Carol Stream, IL 60188** | - | | | X | | X | |
| | | | | | | | **3,864.11** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ace Hardware Corporation**<br>**220 Kensington Court**<br>**Oak Brook, IL 60523** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ace Pool Car, Inc**<br>**317 West Lake Street**<br>**Melrose Park, IL 60164** | - | | | X | | X | |
| | | | | | | | **Unknown** |

Sheet no. __1__ of __76__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)      **3,864.11**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Acme Packaging Division** **4225 Frontage Road** **Oak Forest, IL 60452** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Active Propane Co, Inc** **4158 Division St** **Hillside, IL 60162** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Adhesive Papers, Inc.** **7247 W. Grand** **IL 60635** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **ADT Security Services** **P.O. Box 371967** **Pittsburgh, PA 15250** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Advance Visuals, Inc.** **208 W. North Avenue** **Lombard, IL 60148** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __2__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Advertiers Bindery 739 S Clark Street Suite 3 Chicago, IL 60605** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AGFA - Compugraphic Divisinio P.O. Box 7247-8204 Philadelphia, PA 19170** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Air Services Company 108 Gateway Road Bensenville, IL 60106** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AJ Adhesives, Inc 4800 Miami Saint Louis, MO 63116** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **aka S&C 900 Ogden Avenue #349 Downers Grove, IL 60515** | | - | | | X | | X | Unknown |

Sheet no. __3__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Aleyant Systems P.O. Box 2491 Glen Ellyn, IL 60138 | - | | | | X | | X | 225.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Alpine Paper Company 5112 28th Avenue Rockford, IL 61125 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| AM Graphics Division 4900 Webster Street Dayton, OH 45414 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| American Graphic Specialties 16853 Charleston Circle Lockport, IL 60441 | - | | | | X | | X | 557.50 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| American Litho, Inc. 160 East Elk Trail Carol Stream, IL 60188 | - | | | | X | | X | Unknown |

Sheet no. __4__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

782.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Management Services** **7680 Universal Drive** **Suite 170** **Orlando, FL 32819** | - | | **Corportate Dept for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. **American Paging of Illinois** **210 W. 22nd Street** **Suite 102** **Oak Brook, IL 60521** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. **American Printing Equip, Inc.** **1714 West Armitage Court** **Addison, IL 60101** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. **Anderson Group, LTD** **907 North Elm Street** **Hinsdale, IL 60521** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. **Anderson Young & Associates** **605 Hickory St.** **Sugar Grove, IL 60554** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **1,850.00** |

Sheet no. __5__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,850.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**_____,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Andrews Converting** **707 east 47th** **La Grange, IL 60525** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Andrews Decal Company** **6559 N. Avondale Ave** **Chicago, IL 60631** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Application Design Assoc., Inc** **6021 Syracuse Way** **Suite 215** **Englewood, CO 80111** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Area Electronics** **919 N. Highland Road** **Mundelein, IL 60060** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **ARKAY Graphics, Inc.** **40 South Addison Road** **Suite 200** **Addison, IL 60101** | - | | | | X | | X | **844.80** |

Sheet no. __6__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**844.80**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                  ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Arnquist Packaging Corp P. O. Box 153 Clarendon Hills, IL 60514** | - | | | | | X | | X | **89.17** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Arrow Die Cutting Company 2700 W Roosevelt Road Maywood, IL 60153** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ashland, Inc. P. O. Box 102533 Atlanta, GA 30368** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **ASI Mailing & Fulfillment 1717 W. Armitage Court Addison, IL 60101** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc.      Subject to setoff. | | | | |
| **AT&T P.O. Box 8100 Aurora, IL 60507** | J | | | | | X | | X | **Unknown** |

Sheet no. __7___ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **89.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AT&T Wireless** **P.O. Box 8220** **Aurora, IL 60572** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Auto Ride Cab of Elmhurst, Inc** **128 West First Street** **Elmhurst, IL 60126** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Automated Presort Inc.** **1400 Centre Circle Drive** **Downers Grove, IL 60515** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Automated Scale Corporation** **202 W. Fay Avenue** **Addison, IL 60101** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AutoMotivation, INC.** **270 N. Eisenhower Lane** **Unit 10** **Lombard, IL 60148** | - | | | | X | | X | Unknown |

Sheet no. __8___ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                                 ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Avanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No. **xxxx-xxxxxx-x7354**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | - | | | **Opened 8/01/05 Last Active 10/05/09**<br>**Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No. **xxxx-xxxx-xxxx-9502**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | - | | | **Opened 5/01/04 Last Active 9/09/09**<br>**Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Banner Moulded Products**<br>**3050 N. River Road**<br>**River Grove, IL 60171** | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Bar-Plate Manufacturing**<br>**232 Amity Road**<br>**P.O. Box 3540**<br>**Woodbridge, CT 06525** | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |

Sheet no. __**9**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                         ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **BCT - Chicago** **701 N. Raddant Rd** **Batavia, IL 60510** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Bell Finishers** **3001 Soffel** **Melrose Park, IL 60160** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ben Hayden** **1219 60th Place** **Downers Grove, IL 60516** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Berg, DeMarco, Lewis, Sawatski** **630 Dundee Road** **Suite 425** **Northbrook, IL 60062** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Berry Bearing Co.** **5444 East Ave.** **La Grange, IL 60525** | - | | | X | | X | Unknown |

Sheet no. __10__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal        **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Blue Thunder Truck Brokerage 820 Supreme Drive Bensenville, IL 60106 | | - | Corporate Debt for Mallard Press, Inc. | X | | X | 1,220.00 |
| Account No.  Bob Speer 717 Strom Dundee, IL 60118 | | - | Corporate Debt for Mallard Press, Inc. | X | | X | 456.33 |
| Account No.  Bottcher 1122 North Main Street Lombard, IL 60148 | | - | Corporate Debt for Mallard Press, Inc. | X | | X | 179.84 |
| Account No.  Bradner Smith & Company 2500 Arthur Ave Elk Grove Village, IL 60007 | | - | Corporate Debt for Mallard Press, Inc. | X | | X | 7,577.23 |
| Account No.  Brown's Laminated Products 117 West 61st Street Westmont, IL 60559 | | - | Corporate Debt for Mallard Press, Inc. | X | | X | Unknown |

Sheet no. __11__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,433.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Butler Paper Company** **2932 S. Wolf Road** **Des Plaines, IL 60018** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **C.E. Printed Products** **P. O. Box 807** **Mount Prospect, IL 60056** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **C.P. Bourg, Inc.** **50 Samuel Barnet Blvd** **New Bedford, MA 02745** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. xxxxxxxx3837 | | | Opened 12/01/03  Last Active  9/08/09 Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital 1 Bank** **Attn: C/O TSYS Debt Management** **Po Box 5155** **Norcross, GA 30091** | - | | | | | | |
| | | | | | | | **5,687.00** |
| Account No. | | | | | | | |
| **Cap One** **PO Box 85520** **Richmond, VA 23285** | | | Representing: **Capital 1 Bank** | | | | **Notice Only** |

Sheet no. __12__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,687.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital Finishing** **303 S. Highland Ave** **Aurora, IL 60506** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital One, F.S.B.** **P.O. Box 6492** **Carol Stream, IL 60197** | - | | | | X | | X | 1,597.92 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital Printing & Die Cutting** **303 S. Highland Ave** **Aurora, IL 60506** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Caprock Developments Inc.** **475 Speedwell Avenue** **P. O. Box 95** **Morris Plains, NJ 07950** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Carlson Craft** **1750 Tower Blvd** | - | | | | X | | X | Unknown |

Sheet no. __13__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,597.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Carol Cancio 6119 Secluded Court Sylvania, OH 43560 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Case Paper Company, Inc. 900 W 45ht Street Chicago, IL 60609 | - | | | | | X | | X | 56,513.88 |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| CDW Computer Centers, Inc. P. O. Box 75723 Chicago, IL 60675 | - | | | | | X | | X | 287.51 |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| CE Printed Products PO Box 807 Mount Prospect, IL 60056 | - | | | | | X | | X | 1,990.72 |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Champion Container 430 Wrightwood Elmhurst, IL 60126 | - | | | | | X | | X | Unknown |

Sheet no. __14__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        58,792.11

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx6104**  **Chase** **201 N. Walnut St//De1-1027** **Wilmington, DE 19801** | - | | | | Opened 10/01/91 Last Active 12/20/09 Credit card purchases plus accrued interest | | | | **3,113.00** |
| Account No. **xxxx-xxxx-xxxx-5970**  **Chase** **Bank One Card Serv** **Westerville, OH 43081** | - | | | | Opened  2/01/06 Last Active  9/18/09 Corporate Debt for Mallard Press, Inc. | X | | X | **Unknown** |
| Account No. **xxxxxxxx0060**  **Chase** **800 Brooksedge Blv** **Westerville, OH 43081** | - | | | | Opened 12/01/06 Last Active  9/22/09 Corporate Debt for Mallard Press, Inc. | X | | X | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7739**  **Chase** **800 Brooksedge Blv** **Westerville, OH 43081** | - | | | | Opened  5/01/04 Last Active  9/09/09 Corporate Debt for Mallard Press, Inc. | X | | X | **Unknown** |
| Account No. **xxxxxxx2734**  **Chase- Bp** **225 Chastain Meadows Court** **Kennesaw, GA 30144** | - | | | | Opened  8/01/86 Last Active 12/02/09 Credit card purchases plus accrued interest | | | | **165.00** |

Sheet no. __15__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,278.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chemical Lubricants Company** **P. O. Box 764** **Geneva, IL 60134** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Cutting Die** **3555 Woodhead Drive** **Northbrook, IL 60062** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Financial Ventures** **276 Harding** **Grayslake, IL 60030** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Glue Machine** **750 N. Baker Drive** **Itasca, IL 60143** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Laminating Inc.** **125 Weller Road** **Arlington Heights, IL 60005** | - | | | X | | X | **2,386.93** |

Sheet no. __16__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,386.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Steel & Wire Corp.** P.O. Box 7038 Dept 129 Indianapolis, IN 46207 | | - | | X | | X | Unknown |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chiltec, Inc.** 3645 Morton Ave Brookfield, IL 60513 | | - | | X | | X | 145.00 |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chirstopher Saternus** 102 W. Emmeson Street Arlington Heights, IL 60005 | | - | | X | | X | Unknown |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cindy Marquardt** 454 Yorkshire Bolingbrook, IL 60440 | | - | | X | | X | Unknown |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cintas First Aid & Safety** 1870 Brummel Drive Elk Grove Village, IL 60007 | | - | | X | | X | 254.35 |

Sheet no. __17__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

399.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8331** | | | **Opened 4/01/84 Last Active 1/11/10** **Credit card purchases plus accrued interest** | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | - | | | | | **2,194.00** |
| Account No. **xxxxxxxx5877** | | | **Opened 5/01/89 Last Active 9/07/09** **Credit card purchases plus accrued interest** | | | | |
| **Citi** **Pob 6241** **Sioux Falls, SD 57117** | | - | | | | | **1,531.00** |
| Account No. **xxxx-xxxx-xxxx-0124** | | | **Opened 7/01/05 Last Active 9/15/09** **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Citi** **P.O. Box 6500** **Sioux Falls, SD 57117** | | - | | X | | X | **Unknown** |
| Account No. | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Citi Gold Card** **P.O. Box 688913** **Des Moines, IA 50368** | | - | | X | | X | **675.21** |
| Account No. | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Cleveland Folder Service co.** **701 S. LaSalle Street** **Chicago, IL 60605** | | - | | X | | X | **Unknown** |

Sheet no. __**18**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,400.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CMB Printing** **15W700 79th St** **Unit 4** **Willowbrook, IL 60527** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Comcast** **P.O. Box 3001** **Southeastern, PA 19398** | - | | | | X | | X | 313.44 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Commonwealth Edison Company** **P.O. Box 6111** **Carol Stream, IL 60197** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CommTechics, Inc.** **489 Spring Road** **Elmhurst, IL 60126** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Compugraphic Corporation** **1605 Penny Lane** **Schaumburg, IL 60173** | - | | | | X | | X | Unknown |

Sheet no. __19__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

313.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay** _____ ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Conpac 1201 W. Remmington Rd. Romeoville, IL 60446 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Continental Datalabel 1855 Fox Lane Elgin, IL 60123 | - | | | | X | | X | |
| | | | | | | | | 135.35 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Continental Packaging Inc. 1228 Remington Road Schaumburg, IL 60173 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Cooke Embossing P.O. Box 88502 Chicago, IL 60680 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Copy Master Video Inc 711 E. Fairfield Avenue Villa Park, IL 60181 | - | | | | X | | X | |
| | | | | | | | | 1,725.00 |

Sheet no. __20__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,860.35

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Corley Printing** **3777 Rider Trail South** **Earth City, MO 63045** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CounterPoint** **6355 Sunset Corporate Drive** **Las Vegas, NV 89120** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CP Bourg** **50 Samuel Barnet Blvd** **New Bedford, MA 02745** | - | | | | X | | X | |
| | | | | | | | | 408.54 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CPI Office Products** **11111 Zodiac Lane** **Dallas, TX 75229** | - | | | | X | | X | |
| | | | | | | | | 211.97 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Creekside Printing** **1175 Davis Road** **Elgin, IL 60123** | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __21__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

620.51

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                        ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Cross Points, Inc. 1110 Heinz Drive, Unit E Dundee, IL 60118 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Crouse Cartage Company 9350 W. Joliet Road Hodgkins, IL 60525 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Crystal Clear Graphics 1506 Roth Drive Joliet, IL 60431 | - | | | | | X | | X | |
| | | | | | | | | | 500.00 |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Curtis Graphics Coporation 1702 Ogden Ave Lisle, IL 60532 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Custom Graphics 1740 Molitor Aurora, IL 60505 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __22__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,        Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cytela Communications Inc**<br>**P.O. Box 502677**<br>**San Diego, CA 92150** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**D&K International, Inc**<br>**P.O. Box 95167**<br>**Palatine, IL 60095** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 563.38 |
| Account No.<br><br>**DAK Services, Inc.**<br>**1153 Lee Street**<br>**Suite 252**<br>**Des Plaines, IL 60016** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Data Book Services, Inc**<br>**5520 McDermott Drive**<br>**Berkeley, IL 60163** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Delta Press, Inc.**<br>**3550 N Lombard St**<br>**Franklin Park, IL 60131** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 736.00 |

Sheet no. __23__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,299.38

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Digital Data Solutions, Inc.** **7678 McEwen Road** **Centerville, OH 45459** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Digital Printing/Total Graphic** **213 Eisenhower Lane So.** **Lombard, IL 60148** | - | | | X | | X | 7,519.35 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Distribution Technologies Inc** **P.O. Box 1130** **Bolingbrook, IL 60440** | - | | | X | | X | 228.00 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DKL & Co.** **300 Knightbridge Pkwy** **Lincolnshire, IL 60069** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Docu-Shred** **125 Prarie Drive** **Suite 2** **Westmont, IL 60559** | - | | | X | | X | 50.00 |

Sheet no. __24__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,797.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Domestic Uniform Rental** **4131 N. Ravenswood** **Chicago, IL 60613** | - | | | | X | | X | **1,514.24** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Don & Associates, Inc.** **427 Lively Boulevard** **Elk Grove Village, IL 60007** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Downers Grove Ares Chamber of Comme** **2001 Butterfield Rd.** **Suite 105** **Downers Grove, IL 60515** | - | | | | X | | X | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DRW Press Services** **7207 Olde Salem Circle** **Hanover Park, IL 60133** | - | | | | X | | X | **403.46** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DTI Warehouse Don't Pay Dave** **P.O. Box 1130** **Bolingbrook, IL 60440** | - | | | | X | | X | **Unknown** |

Sheet no. __25__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,917.70**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,          Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Dynamic Graphics, Inc. 6000 N Forest Park Peoria, IL 61614** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **E. Greene & Company P.O. box 1017 Fairfield, NJ 07007** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **E.R.C. Delivery Service 481 w. Fullerton Elmhurst, IL 60126** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ed Regan Printing Machinery Movers 2499 N. 900 W Rensselaer, IN 47978** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **EFI, inc. PO Box 60000 San Francisco, CA 94160** | - | | | | | X | | X | |
| | | | | | | | | | **37,937.55** |

Sheet no. __26__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,937.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Egghead Software** **17W400 22nd Street** **Oakbrook Terrace, IL 60181** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Electrolux Sales & Service** **5704 Madison St** **C/O Roger Legner** **Hinsdale, IL 60521** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Element Payment Services** **8360 E Via de Ventura Blvd** **Scottsdale, AZ 85258** | - | | | X | | X | 3,000.00 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Embassy Coffee Service** **3175 MacArthur Blvd** **Northbrook, IL 60062** | - | | | X | | X | 254.09 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ennis Business Forms** **P.O. Box 107027** **Atlanta, GA 30348** | - | | | X | | X | Unknown |

Sheet no. __27__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,254.09**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Enstrom's Candies PO Box 1088 Grand Junction, CO 81502 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Equus Financial Corporation 190 James Street Barrington, IL 60010 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| ERC Delivery Services 481 West Fullerton Ave Elmhurst, IL 60126 | - | | | | X | | X | 2,299.72 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Erland's Electrical 1805 Pickwick Glenview, IL 60025 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Evcor 605 N. Broadway Aurora, IL 60505 | - | | | | X | | X | Unknown |

Sheet no. __28__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,299.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                            ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Excellent Bindery 500 Eastern Ave Bensenville, IL 60106** | | - | | | X | | X | |
| | | | | | | | | 568.60 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Executive Life Insurance Co 11444 W. Olympic Blvd Los Angeles, CA 90064** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Express Technologies, Inc 137 W. Muhammed Ali, Lower Level 1 Louisville, KY 40202** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Family Shopper Publications P.O. Box 667 Hillside, IL 60162** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Federal Express Corporation P.O. Box 94515 Palatine, IL 60094** | | - | | | X | | X | |
| | | | | | | | | 424.73 |

Sheet no. __29__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

993.33

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Finishing Plus, Inc 1092 Momentum Place Chicago, IL 60689 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Fisher Printing inc 8640 South Oketo Bridgeview, IL 60455 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Flexible Packaging Sys, Inc. 701 Lee Street Elk Grove Village, IL 60007 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Flexo Concepts 11 Raffaele Road Plymouth, MA 02360 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Folder Express 11616 "I" Street Omaha, NE 68137 | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __30__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                          ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fordon Press** **1435 Twelfth Street** **Waukegan, IL 60085** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fore Way Express** **204 South Bellis St** **PO Box 8011** **Wausau, WI 54402** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Forest Envelope** **1958 University Lane** **Lisle, IL 60532** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Forest Printing, Inc** **7214 W. Madison St** **Forest Park, IL 60130** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Frances Landfear** **7224 w. 60th** **Summit Argo, IL 60501** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**31**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Freund Can Company** **155 W. 84th Street** **Chicago, IL 60620** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fujifilm Graphics System USA** **Dpet CH 10764** **Palatine, IL 60055** | - | | | | | X | | X | **4,597.53** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **G H Printing** **5207 Walnut Ave** **Downers Grove, IL 60515** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Gamma Photo Labs** **500 N Mannheim Road** **Hillside, IL 60162** | - | | | | | X | | X | **Unknown** |
| Account No. **xxxxxxx-xxx xxx xxxxxx5-002** | | | | | Corporate Debt for Mallard Press, Inc. and Drake Offset, Inc. (first and second note) | | | | |
| **GE Capitol** **PO Box 740425** **Atlanta, GA 30374** | - | | | | | X | | X | **644,693.86** |

Sheet no. __32__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**649,291.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                                                   Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Representing:** **GE Capitol** | | | | |
| **Reed Smith LLP** **c/o Alexander Terras** **10 S. WAcker Dr., Suite 4000** **Chicago, IL 60606** | | | | | | | | **Notice Only** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Glass Griffin Graphics** **205 E. Butterfield Road** **Elmhurst, IL 60126** | | - | | | X | X | | **85.00** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **GM Mounting and Laminating, Inc** **1041 South IL Route 83** **Elmhurst, IL 60126** | | - | | | X | X | | **9,454.20** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Grafslove** **2740 Cable Place** **North Chicago, IL 60064** | | - | | | X | X | | **5,274.62** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphic Arts Finishing Co.** **1990 N. Mannheim** **Melrose Park, IL 60160** | | - | | | X | X | | **Unknown** |

Sheet no. __33__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,813.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Arts Service 333 W. St Charles Road Villa Park, IL 60181 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Color Corporation 750 Arthur ave Elk Grove Village, IL 60007 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Converting Inc 4500 Division St Chicago, IL 60651 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic III Papers, Inc. 305 Eisenhower Lane South Lombard, IL 60148 | - | | | | X | | X | 24,339.34 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Plus, Inc. 1808 Ogden Ave Lisle, IL 60532 | - | | | | X | | X | Unknown |

Sheet no. __34__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,339.34

5/26/10  6:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphics 2000 143. S Cass Ave Westmont, IL 60559** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphics Arts Equipment Co. 65 E Palatine Road, Suite 203 Prospect Heights, IL 60070** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphix Laminating, LLC 6185 Conchran Rd Solon, OH 44139** | - | | | X | | X | 6,313.24 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Grayarc Company LLC P O Box 38480 Louisville, KY 40233** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Great American Ins Co. 580 Walnut Street Cincinnati, OH 45202** | - | | | X | | X | Unknown |

Sheet no. __35__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,313.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
_____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Great Lakes Prtg Equip Corp** **29 E Chicago Ave** **Westmont, IL 60559** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Greatbank** **234 South Randall Road** **Algonquin, IL 60102** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Greg Salzman** **PO Box 2491** **Glen Ellyn, IL 60138** | - | | | | X | | X | |
| | | | | | | | | **286.17** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **GREP International** **8828 Gleneagles Lane** **Darien, IL 60561** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ground Hawg** **2114 S Wolf Rd** **Des Plaines, IL 60018** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __36__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **286.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gummed Papers of America**<br>**8740 W. 50th Street**<br>**La Grange, IL 60525** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **2,140.84** |
| Account No.<br><br>**H & H Graphics**<br>**6980 N Central Park Ave**<br>**Lincolnwood, IL 60712** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No.<br><br>**H+W Graphics**<br>**2649 Gardner Road**<br>**Maywood, IL 60153** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No.<br><br>**H5 Solutions**<br>**614 N Iowa**<br>**Villa Park, IL 60181** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No.<br><br>**Handschy Industries**<br>**2525 Elston Ave**<br>**Chicago, IL 60647** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |

Sheet no. __37__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,140.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                          ,            Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hanley Graphic Products Co<br>900 W Thorndale<br>Itasca, IL 60143** | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Hanley Manufacturing<br>11400 Melrose Street<br>Franklin Park, IL 60131** | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Harris Bank - Hinsdale<br>50 S. Lincoln Street<br>Hinsdale, IL 60521** | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Harris Bank Rolling Meadows<br>5225 Kirchoff Road<br>Rolling Meadows, IL 60008** | | - | | **Corporate Debt for Drake Offset, Inc. per Order entered March 11, 2010** | X | | X | <br><br><br>**38,099.80** |
| Account No.<br><br>**Crowley & Lamb, PC<br>c/o Adela C. Lucchesi<br>350 N. LaSalle St., Suite 900<br>Chicago, IL 60654** | | | | **Representing:<br>Harris Bank Rolling Meadows** | | | | **Notice Only** |

Sheet no. __38__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,099.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
_____,     Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Harris Graphics Department L107P Pittsburgh, PA 15264 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hartford Fire Insurance Co. PO Box 2907 West Hartford, CT 06107 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hayker & Associates PO Box 8093 Woodridge, IL 60517 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Heat Engineering Co. 6500 Joliet Road Clarendon Hills, IL 60525 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Heat Engineering Co. 6500 Joliet Road Countryside, IL 60525 | | - | | | X | | X | Unknown |

Sheet no. __**39**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Heidelberg USA, Inc. PO Box 845180 Dallas, TX 75284 | | - | | | X | | X | 74.93 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Heritage House Florist 5109 Main Street Downers Grove, IL 60515 | | - | | | X | | X | 113.40 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hi-Tech Automotive 739 Fullerton Addison, IL 60101 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| High Quality Clear-Up Systems 236 Flora Glenview, IL | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hinckley Springs PO Box 660579 Dallas, TX 75266 | | - | | | X | | X | 178.73 |

Sheet no. __40__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      367.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert P Gay**                                                    ,                Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hinsdale Flower Shop 17 W First St Hinsdale, IL 60521 | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Hinsdale Sanitary District 6975 Commonwealth Ave Hinsdale, IL 60521 | | - | | | X | | X | Unknown |
| Account No. **xxxxx-HLGA** | | | | 3/19/09 Medical Bill | | | | |
| HLG Anes Associates LLC Dept 4402 Carol Stream, IL 60122-0001 | | - | | | | | | 417.25 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Holstein's Garage 309 W Front St Wheaton, IL 60187 | C | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Holum and Sons Co. Inc 740 N. Burr Oak Drive Westmont, IL 60559 | | - | | | X | | X | 200.00 |

Sheet no. __41__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                617.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                                    ,         Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Home Depot Credit Services PO Box 6029 The Lakes, NV 88901** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hopkins Custom Index Tabs 511 e Pine St Bensenville, IL 60106** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hopkins Mailing Service 758 Raquet Club Addison, IL 60101** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Howlan, Inc. 550 Northgate Parkway Wheeling, IL 60090** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IKON Financial Services 1738 Bass Road Macon, GA 31210** | | - | | X | | X | |
| | | | | | | | **17,000.00** |

Sheet no. __42__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                              **17,000.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IKON Office Solutions PO box 802815 Chicago, IL 60680** | - | | | X | | X | |
| | | | | | | | **29,709.57** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Illinois Bell Telephone Co Remittance Processing Chicago, IL 60665** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Illinois Business Systems Inc. 2808 Center Circle Drive Downers Grove, IL 60515** | - | | | X | | X | |
| | | | | | | | **504.36** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Illinois Chamber of Commerce PO Box 19258 Springfield, IL 62794** | - | | | X | | X | |
| | | | | | | | **1,190.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Infoseal, LLC 1825 Blue Hills Circle Roanoke, VA 24012** | - | | | X | | X | |
| | | | | | | | **1,291.53** |

Sheet no. __43__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,695.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                      ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Interlake Packaging** **4225 Frontage Road** **Oak Forest, IL 60452** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Filing Company** **PO Box 8500** **Philadelphia, PA 19101** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Label & Printing** **2550 United Lane** **Elk Grove Village, IL 60007** | | - | | | X | | X | |
| | | | | | | | | **963.50** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Mail Service** **692 S 8th St,** **Suite A** **Kalamazoo, MI 49009** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Interstate Batteries** **926 N Oaklawn Ave** **Elmhurst, IL 60126** | C | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __44__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**963.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                               ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Intra-Cut Diecutting** **5559 N Northwest Highway** **Chicago, IL 60630** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IOS Capital** **1738 Bass Road** **Macon, GA 31210** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. xxxxxx5979 | | | | Student Loans | | | | |
| **Iowa Student Loan** **6775 Vista Drive** **Naperville, IL 60566** | - | | | | | | | |
| | | | | | | | | **38,721.00** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Iroquois Products** **2220 West 56th St** **Chicago, IL 60636** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Jet Litho Color, Inc.** **PO Box 674141** **Detroit, MI 48267** | - | | | | X | | X | |
| | | | | | | | | **34,073.63** |

Sheet no. __45__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **72,794.63** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| John Boham 720 Mosedale St Saint Charles, IL 60174 | - | | | | X | | X | 456.33 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| John McGray 140 Oaklawn Ave Oswego, IL 60543 | - | | | | X | | X | 912.66 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Johnathan Curran 5346 Grand Ave Downers Grove, IL 60515 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Johnson Steel Rule & Die 5410 W. Roosevlet Road #228 Chicago, IL 60644 | - | | | | X | | X | 2,280.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Jorson & Carlson Co, Inc. PO Box 796 Elk Grove Village, IL 60009 | - | | | | X | | X | 735.49 |

Sheet no. __46__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,384.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                              ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Juan Regalado**<br>**387 N Pinecrest**<br>**Bolingbrook, IL 60440** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **KBA North America**<br>**PO Box 900**<br>**Williston, VT 05495** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Kevron Printing and Design**<br>**10005 S. Harlem Ave**<br>**Chicago Ridge, IL 60515** | - | | | X | | X | |
| | | | | | | | **522.00** |
| Account No. xxxxxxxx7252 | | | Opened 12/01/03  Last Active 12/02/09<br>Credit card purchases plus accrued interest | | | | |
| **Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | - | | | | | | |
| | | | | | | | **107.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Komori America Corporation**<br>**Dept LA 23266**<br>**Pasadena, CA 91185** | - | | | X | | X | |
| | | | | | | | **2,056.05** |

Sheet no. __47__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,685.05**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                      ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lancer Label**<br>**4900 G Street**<br>**Omaha, NE 68106** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 462.29 |
| Account No. **xxx9310**<br><br>**Lease Finance Group, LLC**<br>**233 North Michigan Avenue, Suite 18**<br>**Chicago, IL 60601-5802** | J | | **Corporate Debt for Mallard Press, Inc.; guaranty** | | | | 3,000.00 |
| Account No.<br><br>**Liberty Propane**<br>**15680 Central Bank Road**<br>**Lemont, IL 60439** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 29.44 |
| Account No.<br><br>**Lindenmyer Munroe**<br>**112 Alexandra Way**<br>**Carol Stream, IL 60188** | C | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 798.30 |
| Account No.<br><br>**Lingraph Packaging Services**<br>**15 N. Brandon Drive**<br>**Glendale Heights, IL 60139** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | 1,845.45 |

Sheet no. __48__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,135.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,        Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **M2 Graphics** **420 E. 13th Street** **Lockport, IL 60441** | - | | | X | | X | |
| | | | | | | | **4,000.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Maria Mikulski** **164 Forest Glen** **Wood Dale, IL 60191** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Mary Oskroba** **6114 Green** **Woodridge, IL 60517** | - | | | X | | X | |
| | | | | | | | **490.30** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **McGary Studio** **2181 Baker Street** **Aurora, IL 60506** | - | | | X | | X | |
| | | | | | | | **375.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Michael Midona** **16853 Charleston Circle** **Lockport, IL 60441** | - | | | X | | X | |
| | | | | | | | **Unknown** |

Sheet no. __49__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,865.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midewest Ink. Co** **2701 S. 12th Ave** **Broadview, IL 60155** | - | | | X | | X | 1,937.15 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midland Paper Company** **1140 Paysphere Circle** **Chicago, IL 60671** | - | | | X | | X | 74,401.74 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midwest Printing Services** **200 King Street** **Elk Grove Village, IL 60007** | - | | | X | | X | 1,722.33 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Milpak Graphics, Inc.** **2880 Big Oak Dr.** **PO Box 490** **King, NC 27021** | - | | | X | | X | 389.62 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **MKL Pre-Press Electronics** **941 Estes Court** **Schaumburg, IL 60193** | - | | | X | | X | 1,365.53 |

Sheet no. __50__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,816.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**
,                                    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **MSS Internet** **478 Pennsylvania Ave** **Glen Ellyn, IL 60137** | | - | | | X | | X | |
| | | | | | | | | 20.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **National Binding** **350 Smoke Tree Bus Park** **North Aurora, IL 60542** | | - | | | X | | X | |
| | | | | | | | | 284.90 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **National Processing Company** **16604 S. 107th Court** **Orland Park, IL 60467** | | - | | | X | | X | |
| | | | | | | | | 3,000.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Navitor** **1625 Roe Crest Drive** **PO Box 8625** **Mankato, MN 56003** | | - | | | X | | X | |
| | | | | | | | | 212.47 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **New Century Imaging, Inc.** **9400 Lueline Ave** **Chatsworth, CA 91311** | | - | | | X | | X | |
| | | | | | | | | 290.41 |

Sheet no. __51__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,807.78

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4318** <br><br> Nicor Gas <br> Attention:  Bankruptcy Department <br> 1844 Ferry Road <br> Naperville, IL 60507 | - | | Opened 11/15/89  Last Active 12/16/09 <br> Utilities | | | | 32.00 |
| Account No. <br><br> O'Brien & Associates, P.C. <br> 1900 Spring Road <br> Suite 501 <br> Oak Brook Terrace, IL 60523 | - | | Corporate Debt for Mallard Press, Inc. | X | | X | 1,478.43 |
| Account No. **x2987** <br><br> Oak Brook Anesthesiologists, Ltd. <br> Dept. 4159 <br> Carol Stream, IL 60122-4159 | - | | 8/13/07 <br> Medical Bill | | | | 2,246.71 |
| Account No. <br><br> Oldham Group <br> 2056 N. Republic <br> Springfield, IL 62702 | - | | Corporate Debt for Mallard Press, Inc. | X | | X | 16,248.16 |
| Account No. <br><br> Oliva & Sons <br> 317 W. Madison <br> Maywood, IL 60153 | - | | Corporate Debt for Mallard Press, Inc. | X | | X | 627.75 |

Sheet no. __52__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,633.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Orbus** **380 Beterans Parkway** **Bolingbrook, IL 60440** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Outsource Bindery** **2487 S. Wolf Road** **Des Plaines, IL 60018** | - | | | X | | X | **2,670.00** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **PACUR** **3555 Moser St.** **Oshkosh, WI 54901** | - | | | X | | X | **3,296.14** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Peel & Stik** **10720 Beaudin Blvd** **Unit B** **Woodridge, IL 60517** | - | | | X | | X | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Phoenix Trucking** **PO Box 7842** **Westchester, IL 60154** | - | | | X | | X | **Unknown** |

Sheet no. __53__ of __76__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,966.14**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

5/26/10  6:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Physician's Record Company** **3000 S. Ridgeland** **Berwyn, IL 60402** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Pitman Company** **2001 W. 19th St.** **Broadview, IL 60155** | - | | | | X | | X | |
| | | | | | | | | **6,439.84** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Platinum Covering, Inc.** **851 Expressway Drive** **Itasca, IL 60143** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **PressSense** **PO Box 725** **Lemont, IL 60439** | - | | | | X | | X | |
| | | | | | | | | **1,170.07** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Prima Graphics** **2461 Larsen Road** **PO Box 11095** **Green Bay, WI 54307** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __54__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,609.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Print Smart 3024 W. Hobson Road Woodridge, IL 60517** | - | | | | X | | X | |
| | | | | | | | | 1,648.80 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Printing Industry of Illinois 70 E Lake Street #540 Chicago, IL 60601** | - | | | | X | | X | |
| | | | | | | | | 468.75 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **QuadGraphics 3026 W 76th Street Woodridge, IL 60517** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quality Fold Attn: Bill 1560 Howard St Elk Grove Village, IL 60007** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quantum Coatings Inc 1337 N. Wood Branch Dr Charlotte, NC 28273** | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __55__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,117.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quick Delivery Services** **632 Pratt Avenue North** **Schaumburg, IL 60193** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quick Impressions Group** **1385 Jeffery Drive** **Addison, IL 60101** | - | | | X | | X | 1,586.63 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quick Tabs, Inc** **81 W. 61st Street** **Westmont, IL 60559** | - | | | X | | X | 1,473.15 |
| Account No. | | | leae guaranty for Mallard Press | | | | |
| **Realty ASsociates Fund VII** **c/o Coman & Anderson  George Weems** **2525 Cabot Drive** **Lisle, IL 60532** | - | | | | X | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Rebecca Lempa** **716 Sherman Street** **Aurora, IL 60505** | - | | | X | | X | 456.33 |

Sheet no. __**56**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,516.11

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay** _____ ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Reed Business Information PO Box 2087 Carol Stream, IL 60132 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Reed-Rite/Reliable Label 1427 Centre Circle Drive Downers Grove, IL 60515 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Rickard Bindery 325 N Ashland ave Chicago, IL 60607 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| RK Systems 150 Schuyler Street Kankakee, IL 60901 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Roosevelt Paper 11001 Paper Blvd Richwood, KY 41094 | - | | | X | | X | Unknown |

Sheet no. __57__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert P Gay** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| RPG Graphics 1410 Cleveland Avenue La Grange, IL 60525 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| RPR Graphics, Inc. 1407 Centre Circle Downers Grove, IL 60515 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Rudd Container Corporation 4600 Sout Kolin St. Chicago, IL 60632 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Rush Graphics 1165 Jansen Farm Ct Elgin, IL 60123 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Rydin Decal 700 Phoenix Lake Avenue Streamwood, IL 60107 | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __58__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
                                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| S. I. Industries PO Box 742 Watertown, WI 53094 | - | | | X | | X | 1,226.50 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sacramento Printing Company 506 W. Wrightwood Ave Elmhurst, IL 60126 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sam's Club PO Box 530970 Atlanta, GA 30353 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Same Day PO Box 142 Elmhurst, IL 60126 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Same Day Delivery PO Box 142 Elmhurst, IL 60126 | - | | | X | | X | 130.00 |

Sheet no. __59__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,356.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                      ,                    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| SBI 1100 West Touhy Ave Elk Grove Village, IL 60007 | | - | | | X | | X | |
| | | | | | | | | 1,895.31 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Schlesinger Machinery, Inc. 820 Maple Lane Bensenville, IL 60106 | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| SCREEN PO Box 3235 Church Street Station New York, NY 10008 | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| SEASPAR 4500 Belmont Road Downers Grove, IL 60515 | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| SEKO Messenger Svc PO Box 5037 Chicago, IL 60680 | | - | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __60__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,895.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    Case No. _____
                                             ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Shell Oil Company** **PO Box 183019** **Columbus, OH 43218** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sign-A-Rama** **2223 Ogden Ave #2** **Downers Grove, IL 60515** | - | | | | X | | X | |
| | | | | | | | | **1,790.00** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Skyline Technical Service** **PO Box 299** **Oak Forest, IL 60452** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Small Business Accounting Services** **700 Commerce Drive** **Oak Brook, IL 60523** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Smart, Inc** **41W584 U.S. Route 20** **Hampshire, IL 60140** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __61__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,790.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Snelling Personnel Services** **2029 Ogden Avenue** **Lisle, IL 60532** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Specturm Color Corp.** **1536 Brook Drive** **Downers Grove, IL 60515** | - | | | | | X | | X | |
| | | | | | | | | | **100.00** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Spiral Binding Company** **835 Bonnie Lane** **Elk Grove Village, IL 60007** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Spiral of Illinois, Inc.** **4200 W. Wrightwood ave** **Chicago, IL 60639** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Springfield Computer Systems** **1721 North Pearl St** **Jacksonville, FL 32206** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __62__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                                     ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Springfield Computer Systems** **4201 Baymeadows Road** **Jacksonville, FL 32217** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sprint** **PO Box 4181** **Carol Stream, IL 60197** | - | | | | X | | X | |
| | | | | | | | | **853.04** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Standard Cartage Company** **2400 South 27th Ave** **Broadview, IL 60155** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sterling Graphic Supply Inc** **PO Box 112** **Elgin, IL 60121** | - | | | | X | | X | |
| | | | | | | | | **2,026.49** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Stoner & Company** **320 Cary Point Drive** **Cary, IL 60013** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __63__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,879.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Delivery** **6296 Woodward Ave** **Downers Grove, IL 60516** | | - | | | X | | X | 700.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Door Check** **415 W. Ogden** **Westmont, IL 60559** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Stamp Works** **4111 St. Charles Rd** **Bellwood, IL 60104** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Summit Business Products** **1 S. 045 Summit Ave** **Oak Brook Terrace, IL 60181** | | - | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sun Printing Company** **1500 W Ogden Ave** **Naperville, IL 60540** | | - | | | X | | X | Unknown |

Sheet no. __64__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

700.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert P Gay**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Superior Ink** **100 North Street** **Teterboro, NJ 07608** | | - | | X | | X | |
| | | | | | | | **4,614.08** |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Supplies Plus, Inc.** **760 N Frontage Road** **Hinsdale, IL 60521** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sure Tape Ltd** **29 Denton Ave** **New Hyde Park, NY 11040** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SVI** **PO Box 1750** **Aurora, IL 60507** | | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No.                                    | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tami Wolak** **24533 Bantry Drive** **Shorewood, IL 60404** | | - | | X | | X | |
| | | | | | | | **Unknown** |

Sheet no. __65__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,614.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                        ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x4753** | | | | | **Opened 10/01/05  Last Active 12/16/09**  **Credit card purchases plus accrued interest** | | | | |
| **Target**  **Po Box 9475**  **Minneapolis, MN 55440** | - | | | | | | | | 653.00 |
| Account No. | | | | | **Representing:**  **Target** | | | | |
| **Target Nb**  **P.O. Box 673**  **Minneapolis, MN 55440** | | | | | | | | | **Notice Only** |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Team Concept Printing**  **540 Tower Blvd**  **Carol Stream, IL 60188** | - | | | | | X | | X | 34.00 |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **The Cadle Company II, Inc.**  **100 North Center Street**  **Newton Falls, OH 44444** | - | | | | | X | | X | 15,802.00 |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **The Oldham Group**  **2056 N. Republic**  **Springfield, IL 62702** | - | | | | | X | | X | **Unknown** |

Sheet no. __**66**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,489.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

5/26/10  6:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **The Ticket Factory** **7034 Darby Avenue** **PO Box 1133** **Reseda, CA 91335** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **The Wall Street Journal** **200 Burnet Road** **Chicopee, MA 01021** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **The Winnetka Bank** **791 Elm St.** **Winnetka, IL 60093** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Timely Press, Inc.** **694 Veterans Parkway** **Unit H** **Bolingbrook, IL 60440** | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Titan Adhesive** **PO Box 2776** **Paterson, NJ 07509** | | - | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __67__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                              ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tom Adent 5250 Olive Branch Road Three Oaks, MI 49128 | | - | | | X | | X | |
| | | | | | | | | 6,175.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tompkins Printing 5050 North Rose Street Schiller Park, IL 60176 | | - | | | X | | X | |
| | | | | | | | | 5,416.34 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Too Busy To, Inc PO Box 654 Hinsdale, IL 60522 | | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Total Fire & Safety, Inc. 6808 Hobson Valley Drive, Unit 105 Woodridge, IL 60517 | | - | | | X | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Toyo Ink America, Inc. PO Box 94006 Chicago, IL 60690 | | - | | | X | | X | |
| | | | | | | | | 1,227.98 |

Sheet no. __68__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,819.32

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                              ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TR Visuals & Office Supply Co. 405 S Busse Road Elk Grove Village, IL 60007 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tracer Imaging LLC 20 Harlem Ave Suite 300 White Plains, NY 10603 | | - | | | X | | X | |
| | | | | | | | | **349.21** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Trade Envelopes, Inc. 480 Randy Road Carol Stream, IL 60187 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Transport Service Company 908 North Elm, Suite 101 Hinsdale, IL 60521 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TRC Enterprises 308 S. Green Valley Drive Naperville, IL 60540 | | - | | | X | | X | |
| | | | | | | | | **883.20** |

Sheet no. __69__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,232.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                                              ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TRESU Royse Inc PO Box 612052 Dallas, TX 75261 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tri-State Electrical Service PO Box 2064 Westmont, IL 60559 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tri-State Electrical Service Attn: William Campbell 7130 Beechnut Lane Westmont, IL 60559 | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Triangle Die 1436 Louis Bork Drive Batavia, IL 60510 | - | | | X | | X | 426.01 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TS Graphics 633 Hitchcock Ave Lisle, IL 60532 | - | | | X | | X | Unknown |

Sheet no. __70__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

426.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert P Gay**                                                  ,        Case No. _____
                                               **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Uarco Incorporated PO Box 71660 Chicago, IL 60694 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| ULINE Accounts Receivable 2200 S. Lakeside Drive Lombard, IL 60148 | | - | | | X | | X | |
| | | | | | | | | **1,949.66** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Uniform Graining Corporation 2120 W. Lake Street Chicago, IL 60612 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Unisource 7472 Collection Center Drive Chicago, IL 60693 | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132 | | - | | | X | | X | |
| | | | | | | | | **1,760.94** |

Sheet no. __71__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,710.60**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Universal Laminating 560 Territorial Drive Bolingbrook, IL 60440** | - | | | X | | X | 687.08 |
| Account No. xxxxxxxxxxx4816 | | | Opened 7/01/04 Last Active 9/15/09 Credit card purchases plus accrued interest | | | | |
| **Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195** | | J | | | | | 12,280.27 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Update LTD 134 Peavey Circle Chaska, MN 55318** | - | | | X | | X | 20.58 |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **UPS Freight 6633 W. 75th Street Chicago, IL 60638** | - | | | X | | X | 210.63 |
| Account No. xxxxxxx0481 | | | Opened 5/05/05 Last Active 2/06/06 Corporate Debt for Mallard Press, Inc. | | | | |
| **Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201** | - | | | X | | X | Unknown |

Sheet no. _**72**_ of _**76**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,198.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert P Gay** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxxx6252** | | | | | **Opened 5/01/05 Last Active 9/14/09** **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Us Bank/na Nd** **Attn: Bankruptcy Dept** **Po Box 5229** **Cincinnati, OH 45201** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **US Office Products** **100 N. Gary Ave** **Roselle, IL 60172** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Veterans Messenger Service** **PO Box 66973** **Slot 302141** **Chicago, IL 60666** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Village of Hinsdale** **19 E. Chicago Ave** **Hinsdale, IL 60521** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Corporate Debt for Mallard Press, Inc.** | | | | |
| **Village of Lombard** **PO Box 6507** **Chicago, IL 60680** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __**73**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**
                                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Voegeli Board Sales, Inc**<br>**29 W 150 Butterfield Road**<br>**Warrenville, IL 60555** | - | | | X | | X | |
| | | | | | | | **2,399.03** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Weiss, Sugar, Dvorek & Dusek**<br>**20 N. Wacker**<br>**Suite 2250**<br>**Chicago, IL 60606** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **WEKO North America, Inc**<br>**PO Box 170036**<br>**896 West St John St**<br>**Spartanburg, SC 29301** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Wells Fargo Equipment Finance**<br>**NW-8178**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | - | | | X | | X | |
| | | | | | | | **32,079.00** |

Sheet no. __**74**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **34,478.03**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Western States Envelope Co. PO Box 2048 Milwaukee, WI 53288 | - | | | | X | | X | 466.33 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Wetbrook Lock and Key PO Box 7444 Westchester, IL 60154 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| White Graphics 1411 Center Circle Downers Grove, IL 60515 | - | | | | X | | X | 838.00 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| WW Grainger, Inc. 2701 Ogden Ave Downers Grove, IL 60515 | - | | | | X | | X | 121.88 |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Xerox Corporation PO Box 802555 Chicago, IL 60680 | - | | | | X | | X | Unknown |

Sheet no. _**75**_ of _**76**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,426.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P Gay**                                              ,        Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| XL Marketing Group, Inc. 845 Bonnie Lane Elk Grove Village, IL 60007 | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Xpedx 3568 Solutions Center Chicago, IL 60677 | - | | | X | | X | |
| | | | | | | | **4,648.77** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**76**__ of __**76**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **4,648.77** |
| Total (Report on Summary of Schedules) | **1,255,923.27** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Robert P Gay**                                                                                              ,          Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re __Robert P Gay_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Cox**<br>     **former partner** | **Hinsdale Bank & Trust Company**<br>**25 E First St**<br>**Hinsdale, IL 60521** |
| **Mallard Press** | **All corporate creditors** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Robert P Gay**                                              Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Son** **Son** | AGE(S): **10** **15** **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Department Manager** | **Teacher's aid** |
| Name of Employer | **Envision Graphics** | **School District 95** |
| How long employed | **6 months** | **3 yrs** |
| Address of Employer | **225 Madison Dr.** **Bloomingdale, IL 60108** | **3524 Maple Ave.** **Brookfield, IL 60513** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,664.67** | $ | **1,313.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,664.67** | $ | **1,313.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **1,169.00** | $ | **170.26** |
|    b. Insurance | $ | **474.93** | $ | **19.93** |
|    c. Union dues | $ | **0.00** | $ | **37.61** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,643.93** | $ | **227.80** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,020.74** | $ | **1,085.20** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,020.74** | $ | **1,085.20** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,105.94** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Robert P Gay**                                                                                   Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,061.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 380.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 515.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 90.00 |
| 7. Medical and dental expenses | $ | 360.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 70.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 30.00 |
| b. Life | $ | 208.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 110.00 |
| e. Other  **disability** | $ | 111.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **real estate** | $ | 433.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **2nd mortgage** | $ | 354.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **personal grooming; hygiene** | $ | 150.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,272.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,105.94 |
| b.   Average monthly expenses from Line 18 above | $ | 6,272.00 |
| c.   Monthly net income (a. minus b.) | $ | -166.06 |

5/26/10 6:28PM

**B6J (Official Form 6J) (12/07)**

In re   **Robert P Gay**                                                              Case No. _____

                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **cable internet  homephone** | $ | **225.00** |
| **cell** | $ | **150.00** |
| **wife cell** | $ | **140.00** |
| **Total Other Utility Expenditures** | $ | **515.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert P Gay**                 Case No.
                                 Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **92**  
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 26, 2010**                   Signature    **/s/ Robert P Gay**
                                                   **Robert P Gay**
                                                   Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                       Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P Gay**                                                                    Case No.
_____
Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$53,077.00** | **2009: Husband The Mallard Press, Inc.** |
| **$86,347.00** | **2008: Husband The Mallard Press, Inc.** |
| **$11,692.00** | **2009 Envision Graphics** |
| **$23,076.00** | **2010 YTD Envision Graphics** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-80,000.00** | **Bad debt loss -- loan to Mallard** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Electric Capital vs. The Mallard Press, Robert P. Gay, et al. Case No. 09 L 1334** | **Breach of Contract** | **DuPage County, Illinois County Department, Law Division** | **Pending** |
| **Harris, NA vs. Robert P. Gay, et al. Case No. 2009 L 15520** | **Breach of Contract** | **Circuit Court of Cook County, Illinois County Department, Law Division** | **Default Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Rally Capital Services, Inc.**<br>**350 North LaSalle Drive**<br>**Chicago, IL 60654** | **9/29/09** | **All assets and corporate documents of The Mallard Press, Inc. ($500,000)** |

None
☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Rally Capital Services, Inc.**<br>**350 North LaSalle Drive**<br>**Chicago, IL 60654** | | **9-29-09** | **$338,000 sort cash**<br>**$540,000 payables** |

## 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard L. Hirsh, P.C. 1500 Eisenhower Lane Suite 800 Lisle, IL 60532-2135** | **January 20, 2010** | **$3,000.00** |
| **Consumer Credit Counseling** | **2/2010** | **$50** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Hinsdale Bank & Trust Company 25 E First St Hinsdale, IL 60521** | **checking   negative balance** | **overdrawn  2/2010** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None

■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None

■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None

■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None

■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Mallard Press** | **36-2996080** | **335 Eisenhower Lane S. Lombard, IL 60148** | **Printing Services** | **September 1, 1995 through September 29, 2009** |
| **Drake Offset** | **36-3044030** | **335 Eisenhower Lane S. Lombard, IL 60148** | **Holding Company** | **September 1, 1995 to September 29, 2009** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Weiss, Sugar, Dvorak & Dusek, Ltd. 20 N. Wacker Drive Suite 2250 Chicago, IL 60606** | **since 2007** |
| **DeMarco, Kinnaman, Lewis, Co. 300 Knightsbridge Parkway Suite 350 Lincolnshire, IL 60069** | **5 years prior to 2007** |

7

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Rally Capital Services, Inc. Assignee** | **350 North LaSalle Drive**<br>**Chicago, IL 60654** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 26, 2010**                    Signature   **/s/ Robert P Gay**
                                                    **Robert P Gay**
                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P Gay** _____    Case No. _____

_____
Debtor(s)                                         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mortgage** | **Describe Property Securing Debt:**<br>**1439 Cleveland Avenue, Lagrange Park IL 60526** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **not yet determined to reaffirm**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Hinsdale Bank & Trust Company** | **Describe Property Securing Debt:**<br>**1439 Cleveland Avenue, Lagrange Park IL 60526** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **not yet determined to reaffirm**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Hinsdale Bank & Trust Company** | **Describe Property Securing Debt:**<br>**1439 Cleveland Avenue, Lagrange Park IL 60526** |

Property will be (check one):
   ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain <u>**not yet determined to reaffirm**</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

*I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.*

Date  **May 26, 2010**                Signature     **/s/ Robert P Gay**
                                                      **Robert P Gay**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert P Gay**
_____  Case No. _____
Debtor(s)                          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **exemption planning;  filing of reaffirmation agreements and applications as required by lender; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, trial of judicial lien avoidances, trial of contested matters, or any other adversary.  Attorney services to be rendered to not include adversary proceedings, contested matters going to evidentiary hearing or trials.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 26, 2010**  _____          **/s/ Richard L. Hirsh**
                                                           **Richard L. Hirsh 1225936**
                                                           **Richard L. Hirsh & Associates, P.C.**
                                                           **1500 Eisenhower Lane**
                                                           **Suite 800**
                                                           **Lisle, IL 60532-2135**
                                                           **630 434-2600  Fax: 630 434-2626**
                                                           **richala@sbcglobal.net**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert P Gay** _____      Case No. _____

Debtor(s)                           Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Robert P Gay** | X **/s/ Robert P Gay** | **May 26, 2010** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known)  _____       X _____

Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert P Gay**                                                                    Case No.
                                              Debtor(s)          Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **382**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 26, 2010**                          **/s/ Robert P Gay**
                                                  **Robert P Gay**
                                                  Signature of Debtor

A & E Messenger Service
15502 Trailside Drive
Lockport, IL 60441

.

A Corporate Printing Services
6808 Hobson Valley Drive
Woodridge, IL 60517

A&H Bindery
2800 Lexington Street
Broadview, IL 60155

A-Korn Roller, Inc.
3545 S. Morgan Street
Chicago, IL 60609

Aabbitt Adhesives, Inc
2403 N Oakley Avenue
Chicago, IL 60647

Accent Promotions
319 8th St
Downers Grove, IL 60515

Accurate Office Supply Co.
260 Gerzevske Lane
Carol Stream, IL 60188

Ace Hardware Corporation
220 Kensington Court
Oak Brook, IL 60523

Ace Pool Car, Inc
317 West Lake Street
Melrose Park, IL 60164

Acme Packaging Division
4225 Frontage Road
Oak Forest, IL 60452

Active Propane Co. Inc.
4756 Division St
Hillside, IL 60162

Adhesive Papers, Inc.
7247 W. Grand
IL 60635

ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250

Advance Visuals, Inc.
208 W. North Avenue
Lombard, IL 60148

Advertiers Bindery
739 S Clark Street
Suite 3
Chicago, IL 60605

AGFA - Compugraphic Divisinio
P.O. Box 7247-8204
Philadelphia, PA 19170

Air Services Company
108 Gateway Road
Bensenville, IL 60106

AJ Adhesives, Inc
4800 Miami
Saint Louis, MO 63116

aka S&C
900 Ogden Avenue
#349
Downers Grove, IL 60515

Aleyant Systems
P.O. Box 2491
Glen Ellyn, IL 60138

Alpha Paper Company
5112 28th Avenue
Rockford, IL 61125

AM Graphics Division
4900 Webster Street
Dayton, OH 45414

American Graphic Specialties
16853 Charleston Circle
Lockport, IL 60441

American Litho, Inc.
160 East Elk Trail
Carol Stream, IL 60188

American Management Services
7680 Universal Drive
Suite 170
Orlando, FL 32819

American Paging of Illinois
210 W. 22nd Street
Suite 102
Oak Brook, IL 60521

American Printing Equip, Inc.
1714 West Armitage Court
Addison, IL 60101

Anderson Group, LTD
907 North Elm Street
Hinsdale, IL 60521

Anderson Young & Associates
605 Hickory St.
Sugar Grove, IL 60554

Andrews Converting
707 east 47th
La Grange, IL 60525

Andrews Decal Company
6559 N. Avondale Ave
Chicago, IL 60631

Auto Race Club of Elmhurst, Inc.
128 West First Street
Elmhurst, IL 60126

Bari Hayden
1219 60th Place
Downers Grove, IL 60516

Application Design Assoc., Inc
6021 Syracuse Way
Suite 215
Englewood, CO 80111

Automated Presort Inc.
1400 Centre Circle Drive
Downers Grove, IL 60515

Berg, DeMarco, Lewis, Sawatski
630 Dundee Road
Suite 425
Northbrook, IL 60062

Area Electronics
919 N. Highland Road
Mundelein, IL 60060

Automated Scale Corporation
202 W. Fay Avenue
Addison, IL 60101

Berry Bearing Co.
5444 East Ave.
La Grange, IL 60525

ARKAY Graphics, Inc.
40 South Addison Road
Suite 200
Addison, IL 60101

AutoMotivation, INC.
270 N. Eisenhower Lane
Unit 10
Lombard, IL 60148

Blue Thunder Truck Brokerage
820 Supreme Drive
Bensenville, IL 60106

Arnquist Packaging Corp
P. O. Box 153
Clarendon Hills, IL 60514

Avanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101

Bob Speer
717 Strom
Dundee, IL 60118

Arrow Die Cutting Company
2700 W Roosevelt Road
Maywood, IL 60153

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bottcher
1122 North Main Street
Lombard, IL 60148

Ashland, Inc.
P. O. Box 102533
Atlanta, GA 30368

Banner Moulded Products
3050 N. River Road
River Grove, IL 60171

Bradner Smith & Company
2500 Arthur Ave
Elk Grove Village, IL 60007

ASI Mailing & Fulfillment
1717 W. Armitage Court
Addison, IL 60101

Bar-Plate Manufacturing
232 Amity Road
P.O. Box 3540
Woodbridge, CT 06525

Brown's Laminated Products
117 West 61st Street
Westmont, IL 60559

AT&T
P.O. Box 8100
Aurora, IL 60507

BCT - Chicago
701 N. Raddant Rd
Batavia, IL 60510

Butler Paper Company
2932 S. Wolf Road
Des Plaines, IL 60018

AT&T Wireless
P.O. Box 8220
Aurora, IL 60572

Bell Finishers
3001 Soffel
Melrose Park, IL 60160

C.E. Printed Products
P. O. Box 807
Mount Prospect, IL 60056

C.P. Bourg, Inc.
50 Samuel Barnet Blvd
New Bedford, MA 02745

CBW Computer Centers, Inc.
P.O. Box 75725
Chicago, IL 60675

Chicago Cutting Die
3555 Woodhead Drive
Northbrook, IL 60062

Cap One
PO Box 85520
Richmond, VA 23285

CE Printed Products
PO Box 807
Mount Prospect, IL 60056

Chicago Financial Ventures
276 Harding
Grayslake, IL 60030

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Champion Container
430 Wrightwood
Elmhurst, IL 60126

Chicago Glue Machine
750 N. Baker Drive
Itasca, IL 60143

Capital Finishing
303 S. Highland Ave
Aurora, IL 60506

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Chicago Laminating Inc.
125 Weller Road
Arlington Heights, IL 60005

Capital One, F.S.B.
P.O. Box 6492
Carol Stream, IL 60197

Chase
Bank One Card Serv
Westerville, OH 43081

Chicago Steel & Wire Corp.
P.O. Box 7038
Dept 129
Indianapolis, IN 46207

Capital Printing & Die Cutting
303 S. Highland Ave
Aurora, IL 60506

Chase
800 Brooksedge Blv
Westerville, OH 43081

Chiltec, Inc.
3645 Morton Ave
Brookfield, IL 60513

Caprock Developments Inc.
475 Speedwell Avenue
P. O. Box 95
Morris Plains, NJ 07950

Chase
P.O. Box 78420
Phoenix, AZ 85062

Chirstopher Saternus
102 W. Emmeson Street
Arlington Heights, IL 60005

Carlson Craft
1750 Tower Blvd

Chase Manhattan Mortgage
Attention:  Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219

Cindy Marquardt
454 Yorkshire
Bolingbrook, IL 60440

Carol Cancio
6119 Secluded Court
Sylvania, OH 43560

Chase- Bp
225 Chastain Meadows Court
Kennesaw, GA 30144

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007

Case Paper Company, Inc.
900 W 45ht Street
Chicago, IL 60609

Chemical Lubricants Company
P. O. Box 764
Geneva, IL 60134

Citi
P.o. Box 6500
Sioux Falls, SD 57117

Citi
Pob 6241
Sioux Falls, SD 57117

Continental Packaging Inc.
1225 Remington Road
Schaumburg, IL 60173

Crowley & Lamb, PC
c/o Adela C. Lucchesi
350 N. LaSalle St., Suite 900
Chicago, IL 60654

Citi Gold Card
P.O. Box 688913
Des Moines, IA 50368

Cooke Embossing
P.O. Box 88502
Chicago, IL 60680

Crystal Clear Graphics
1506 Roth Drive
Joliet, IL 60431

Cleveland Folder Service co.
701 S. LaSalle Street
Chicago, IL 60605

Copy Master Video Inc
711 E. Fairfield Avenue
Villa Park, IL 60181

Curtis Graphics Coporation
1702 Ogden Ave
Lisle, IL 60532

CMB Printing
15W700 79th St
Unit 4
Willowbrook, IL 60527

Corley Printing
3777 Rider Trail South
Earth City, MO 63045

Custom Graphics
1740 Molitor
Aurora, IL 60505

Comcast
P.O. Box 3001
Southeastern, PA 19398

CounterPoint
6355 Sunset Corporate Drive
Las Vegas, NV 89120

Cytela Communications Inc
P.O. Box 502677
San Diego, CA 92150

Commonwealth Edison Company
P.O. Box 6111
Carol Stream, IL 60197

CP Bourg
50 Samuel Barnet Blvd
New Bedford, MA 02745

D&K International, Inc
P.O. Box 95167
Palatine, IL 60095

CommTechics, Inc.
489 Spring Road
Elmhurst, IL 60126

CPI Office Products
11111 Zodiac Lane
Dallas, TX 75229

DAK Services, Inc.
1153 Lee Street
Suite 252
Des Plaines, IL 60016

Compugraphic Corporation
1605 Penny Lane
Schaumburg, IL 60173

Creekside Printing
1175 Davis Road
Elgin, IL 60123

Data Book Services, Inc
5520 McDermott Drive
Berkeley, IL 60163

Conpac
1201 W. Remmington Rd.
Romeoville, IL 60446

Cross Points, Inc.
1110 Heinz Drive, Unit E
Dundee, IL 60118

David Cox

Continental Datalabel
1855 Fox Lane
Elgin, IL 60123

Crouse Cartage Company
9350 W. Joliet Road
Hodgekins, IL 60525

Delta Press, Inc.
3550 N Lombard St
Franklin Park, IL 60131

Digital Data Solutions, Inc.
7678 McEwen Road
Centerville, OH 45459

Dynamo Graphics, Inc.
6000 N Forest Park
Peoria, IL 61614

Enstrom's Candies
PO Box 1088
Grand Junction, CO 81502

Digital Printing/Total Graphic
213 Eisenhower Lane So.
Lombard, IL 60148

E. Greene & Company
P.O. box 1017
Fairfield, NJ 07007

Equus Financial Corporation
190 James Street
Barrington, IL 60010

Distribution Technologies Inc
P.O. Box 1130
Bolingbrook, IL 60440

E.R.C. Delivery Service
481 w. Fullerton
Elmhurst, IL 60126

ERC Delivery Services
481 West Fullerton Ave
Elmhurst, IL 60126

DKL & Co.
300 Knightbridge Pkwy
Lincolnshire, IL 60069

Ed Regan Printing Machinery Movers
2499 N. 900 W
Rensselaer, IN 47978

Erland's Electrical
1805 Pickwick
Glenview, IL 60025

Docu-Shred
125 Prarie Drive
Suite 2
Westmont, IL 60559

EFI, inc.
PO Box 60000
San Francisco, CA 94160

Evcor
605 N. Broadway
Aurora, IL 60505

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613

Egghead Software
17W400 22nd Street
Oakbrook Terrace, IL 60181

Excellent Bindery
500 Eastern Ave
Bensenville, IL 60106

Don & Associates, Inc.
427 Lively Boulevard
Elk Grove Village, IL 60007

Electrolux Sales & Service
5704 Madison St
C/O Roger Legner
Hinsdale, IL 60521

Executive Life Insurance Co
11444 W. Olympic Blvd
Los Angeles, CA 90064

Downers Grove Ares Chamber of Comme
2001 Butterfield Rd.
Suite 105
Downers Grove, IL 60515

Element Payment Services
8360 E Via de Ventura Blvd
Scottsdale, AZ 85258

Express Technologies, Inc
137 W. Muhammed Ali, Lower Level
Louisville, KY 40202

DRW Press Services
7207 Olde Salem Circle
Hanover Park, IL 60133

Embassy Coffee Service
3175 MacArthur Blvd
Northbrook, IL 60062

Family Shopper Publications
P.O. Box 667
Hillside, IL 60162

DTI Warehouse Don't Pay Dave
P.O. Box 1130
Bolingbrook, IL 60440

Ennis Business Forms
P.O. Box 107027
Atlanta, GA 30348

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094

Finishing Plus, Inc
1092 Momentum Place
Chicago, IL 60689

Fluid Cap Company
138 W. 84th Street
Chicago, IL 60620

Graphic Color Corporation
750 Arthur ave
Elk Grove Village, IL 60007

Fisher Printing inc
8640 South Oketo
Bridgeview, IL 60455

Fujifilm Graphics System USA
Dpet CH 10764
Palatine, IL 60055

Graphic Converting Inc
4500 Division St
Chicago, IL 60651

Flexible Packaging Sys, Inc.
701 Lee Street
Elk Grove Village, IL 60007

G H Printing
5207 Walnut Ave
Downers Grove, IL 60515

Graphic III Papers, Inc.
305 Eisenhower Lane South
Lombard, IL 60148

Flexo Concepts
11 Raffaele Road
Plymouth, MA 02360

Gamma Photo Labs
500 N Mannheim Road
Hillside, IL 60162

Graphic Plus, Inc.
1808 Ogden Ave
Lisle, IL 60532

Folder Express
11616 "I" Street
Omaha, NE 68137

GE Capitol
PO Box 740425
Atlanta, GA 30374

Graphics 2000
143. S Cass Ave
Westmont, IL 60559

Fordon Press
1435 Twelfth Street
Waukegan, IL 60085

Glass Griffin Graphics
205 E. Butterfield Road
Elmhurst, IL 60126

Graphics Arts Equipment Co.
65 E Palatine Road, Suite 203
Prospect Heights, IL 60070

Fore Way Express
204 South Bellis St
PO Box 8011
Wausau, WI 54402

GM Mounting and Laminating, Inc
1041 South IL Route 83
Elmhurst, IL 60126

Graphix Laminating, LLC
6185 Conchran Rd
Solon, OH 44139

Forest Envelope
1958 University Lane
Lisle, IL 60532

Grafslove
2740 Cable Place
North Chicago, IL 60064

Grayarc Company LLC
P O Box 38480
Louisville, KY 40233

Forest Printing, Inc
7214 W. Madison St
Forest Park, IL 60130

Graphic Arts Finishing Co.
1990 N. Mannheim
Melrose Park, IL 60160

Great American Ins Co.
580 Walnut Street
Cincinnati, OH 45202

Frances Landfear
7224 w. 60th
Summit Argo, IL 60501

Graphic Arts Service
333 W. St Charles Road
Villa Park, IL 60181

Great Lakes Prtg Equip Corp
29 E Chicago Ave
Westmont, IL 60559

Greatbank
234 South Randall Road
Algonquin, IL 60102

Hanley Manufacturing
1400 Melrose Street
Franklin Park, IL 60131

Hi-Tech Automotive
739 Fullerton
Addison, IL 60101

Greg Salzman
PO Box 2491
Glen Ellyn, IL 60138

Harris Bank - Hinsdale
50 S. Lincoln Street
Hinsdale, IL 60521

High Quality Clear-Up Systems
236 Flora
Glenview, IL

GREP International
8828 Gleneagles Lane
Darien, IL 60561

Harris Bank Rolling Meadows
5225 Kirchoff Road
Rolling Meadows, IL 60008

Hinckley Springs
PO Box 660579
Dallas, TX 75266

Ground Hawg
2114 S Wolf Rd
Des Plaines, IL 60018

Harris Graphics
Department L107P
Pittsburgh, PA 15264

Hinsdale Bank & Trust Company
25 E First St
Hinsdale, IL 60521

Gummed Papers of America
8740 W. 50th Street
La Grange, IL 60525

Hartford Fire Insurance Co.
PO Box 2907
West Hartford, CT 06107

Hinsdale Flower Shop
17 W First St
Hinsdale, IL 60521

H & H Graphics
6980 N Central Park Ave
Lincolnwood, IL 60712

Hayker & Associates
PO Box 8093
Woodridge, IL 60517

Hinsdale Sanitary District
6975 Commonwealth Ave
Hinsdale, IL 60521

H+W Graphics
2649 Gardner Road
Maywood, IL 60153

Heat Engineering Co.
6500 Joliet Road
Clarendon Hills, IL 60525

HLG Anes Associates LLC
Dept 4402
Carol Stream, IL 60122-0001

H5 Solutions
614 N Iowa
Villa Park, IL 60181

Heat Engineering Co.
6500 Joliet Road
Countryside, IL 60525

Holstein's Garage
309 W Front St
Wheaton, IL 60187

Handschy Industries
2525 Elston Ave
Chicago, IL 60647

Heidelberg USA, Inc.
PO Box 845180
Dallas, TX 75284

Holum and Sons Co. Inc
740 N. Burr Oak Drive
Westmont, IL 60559

Hanley Graphic Products Co
900 W Thorndale
Itasca, IL 60143

Heritage House Florist
5109 Main Street
Downers Grove, IL 60515

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Hopkins Custom Index Tabs
511 e Pine St
Bensenville, IL 60106

International Filing Company
PO Box 9300
Philadelphia, PA 19101

John McCray
140 Oaklawn Ave
Oswego, IL 60543

Hopkins Mailing Service
758 Raquet Club
Addison, IL 60101

International Label & Printing
2550 United Lane
Elk Grove Village, IL 60007

Johnathan Curran
5346 Grand Ave
Downers Grove, IL 60515

Howlan, Inc.
550 Northgate Parkway
Wheeling, IL 60090

International Mail Service
692 S 8th St,
Suite A
Kalamazoo, MI 49009

Johnson Steel Rule & Die
5410 W. Roosevlet Road
#228
Chicago, IL 60644

IKON Financial Services
1738 Bass Road
Macon, GA 31210

Interstate Batteries
926 N Oaklawn Ave
Elmhurst, IL 60126

Jorson & Carlson Co, Inc.
PO Box 796
Elk Grove Village, IL 60009

IKON Office Solutions
PO box 802815
Chicago, IL 60680

Intra-Cut Diecutting
5559 N Northwest Highway
Chicago, IL 60630

Juan Regalado
387 N Pinecrest
Bolingbrook, IL 60440

Illinois Bell Telephone Co
Remittance Processing
Chicago, IL 60665

IOS Capital
1738 Bass Road
Macon, GA 31210

KBA North America
PO Box 900
Williston, VT 05495

Illinois Business Systems Inc.
2808 Center Circle Drive
Downers Grove, IL 60515

Iowa Student Loan
6775 Vista Drive
Naperville, IL 60566

Kevron Printing and Design
10005 S. Harlem Ave
Chicago Ridge, IL 60515

Illinois Chamber of Commerce
PO Box 19258
Springfield, IL 62794

Iroquois Products
2220 West 56th St
Chicago, IL 60636

Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Infoseal, LLC
1825 Blue Hills Circle
Roanoke, VA 24012

Jet Litho Color, Inc.
PO Box 674141
Detroit, MI 48267

Komori America Corporation
Dept LA 23266
Pasadena, CA 91185

Interlake Packaging
4225 Frontage Road
Oak Forest, IL 60452

John Boham
720 Mosedale St
Saint Charles, IL 60174

Lancer Label
4900 G Street
Omaha, NE 68106

Lease Finance Group, LLC
233 North Michigan Avenue, Suite 18
Chicago, IL 60601-5802

Midwest Ink Co
2701 S 12th Ave
Broadview, IL 60155

Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507

Liberty Propane
15680 Central Bank Road
Lemont, IL 60439

Midland Paper Company
1140 Paysphere Circle
Chicago, IL 60671

O'Brien & Associates, P.C.
1900 Spring Road
Suite 501
Oak Brook Terrace, IL 60523

Lindenmyer Munroe
112 Alexandra Way
Carol Stream, IL 60188

Midwest Printing Services
200 King Street
Elk Grove Village, IL 60007

Oak Brook Anesthesiologists, Ltd.
Dept. 4159
Carol Stream, IL 60122-4159

Lingraph Packaging Services
15 N. Brandon Drive
Glendale Heights, IL 60139

Milpak Graphics, Inc.
2880 Big Oak Dr.
PO Box 490
King, NC 27021

Oldham Group
2056 N. Republic
Springfield, IL 62702

M2 Graphics
420 E. 13th Street
Lockport, IL 60441

MKL Pre-Press Electronics
941 Estes Court
Schaumburg, IL 60193

Oliva & Sons
317 W. Madison
Maywood, IL 60153

Mallard Press

MSS Internet
478 Pennsylvania Ave
Glen Ellyn, IL 60137

Orbus
380 Beterans Parkway
Bolingbrook, IL 60440

Maria Mikulski
164 Forest Glen
Wood Dale, IL 60191

National Binding
350 Smoke Tree Bus Park
North Aurora, IL 60542

Outsource Bindery
2487 S. Wolf Road
Des Plaines, IL 60018

Mary Oskroba
6114 Green
Woodridge, IL 60517

National Processing Company
16604 S. 107th Court
Orland Park, IL 60467

PACUR
3555 Moser St.
Oshkosh, WI 54901

McGary Studio
2181 Baker Street
Aurora, IL 60506

Navitor
1625 Roe Crest Drive
PO Box 8625
Mankato, MN 56003

Peel & Stik
10720 Beaudin Blvd
Unit B
Woodridge, IL 60517

Michael Midona
16853 Charleston Circle
Lockport, IL 60441

New Century Imaging, Inc.
9400 Lueline Ave
Chatsworth, CA 91311

Phoenix Trucking
PO Box 7842
Westchester, IL 60154

Physician's Record Company
3000 S. Ridgeland
Berwyn, IL 60402

Quick Delivery Services
632 Pratt Avenue North
Schaumburg, IL 60193

Roosevelt Paper
11001 Paper Blvd
Richwood, KY 41094

Pitman Company
2001 W. 19th St.
Broadview, IL 60155

Quick Impressions Group
1385 Jeffery Drive
Addison, IL 60101

RPG Graphics
1410 Cleveland Avenue
La Grange, IL 60525

Platinum Covering, Inc.
851 Expressway Drive
Itasca, IL 60143

Quick Tabs, Inc
81 W. 61st Street
Westmont, IL 60559

RPR Graphics, Inc.
1407 Centre Circle
Downers Grove, IL 60515

PressSense
PO Box 725
Lemont, IL 60439

Realty ASsociates Fund VII
c/o Coman & Anderson  George Weems
2525 Cabot Drive
Lisle, IL 60532

Rudd Container Corporation
4600 Sout Kolin St.
Chicago, IL 60632

Prima Graphics
2461 Larsen Road
PO Box 11095
Green Bay, WI 54307

Rebecca Lempa
716 Sherman Street
Aurora, IL 60505

Rush Graphics
1165 Jansen Farm Ct
Elgin, IL 60123

Print Smart
3024 W. Hobson Road
Woodridge, IL 60517

Reed Business Information
PO Box 2087
Carol Stream, IL 60132

Rydin Decal
700 Phoenix Lake Avenue
Streamwood, IL 60107

Printing Industry of Illinois
70 E Lake Street
#540
Chicago, IL 60601

Reed Smith LLP
c/o Alexander Terras
10 S. WAcker Dr., Suite 4000
Chicago, IL 60606

S. I. Industries
PO Box 742
Watertown, WI 53094

QuadGraphics
3026 W 76th Street
Woodridge, IL 60517

Reed-Rite/Reliable Label
1427 Centre Circle Drive
Downers Grove, IL 60515

Sacramento Printing Company
506 W. Wrightwood Ave
Elmhurst, IL 60126

Quality Fold
Attn: Bill
1560 Howard St
Elk Grove Village, IL 60007

Rickard Bindery
325 N Ashland ave
Chicago, IL 60607

Sam's Club
PO Box 530970
Atlanta, GA 30353

Quantum Coatings Inc
1337 N. Wood Branch Dr
Charlotte, NC 28273

RK Systems
150 Schuyler Street
Kankakee, IL 60901

Same Day
PO Box 142
Elmhurst, IL 60126

Same Day Delivery
PO Box 142
Elmhurst, IL 60126

Smart, Inc.
PN 5871 U.S. Route 20
Hampshire, IL 60140

Stoner & Company
320 Cary Point Drive
Cary, IL 60013

SBI
1100 West Touhy Ave
Elk Grove Village, IL 60007

Snelling Personnel Services
2029 Ogden Avenue
Lisle, IL 60532

Suburban Delivery
6296 Woodward Ave
Downers Grove, IL 60516

Schlesinger Machinery, Inc.
820 Maple Lane
Bensenville, IL 60106

Specturm Color Corp.
1536 Brook Drive
Downers Grove, IL 60515

Suburban Door Check
415 W. Ogden
Westmont, IL 60559

SCREEN
PO Box 3235
Church Street Station
New York, NY 10008

Spiral Binding Company
835 Bonnie Lane
Elk Grove Village, IL 60007

Suburban Stamp Works
4111 St. Charles Rd
Bellwood, IL 60104

SEASPAR
4500 Belmont Road
Downers Grove, IL 60515

Spiral of Illinois, Inc.
4200 W. Wrightwood ave
Chicago, IL 60639

Summit Business Products
1 S. 045 Summit Ave
Oak Brook Terrace, IL 60181

SEKO Messenger Svc
PO Box 5037
Chicago, IL 60680

Springfield Computer Systems
1721 North Pearl St
Jacksonville, FL 32206

Sun Printing Company
1500 W Ogden Ave
Naperville, IL 60540

Shell Oil Company
PO Box 183019
Columbus, OH 43218

Springfield Computer Systems
4201 Baymeadows Road
Jacksonville, FL 32217

Superior Ink
100 North Street
Teterboro, NJ 07608

Sign-A-Rama
2223 Ogden Ave #2
Downers Grove, IL 60515

Sprint
PO Box 4181
Carol Stream, IL 60197

Supplies Plus, Inc.
760 N Frontage Road
Hinsdale, IL 60521

Skyline Technical Service
PO Box 299
Oak Forest, IL 60452

Standard Cartage Company
2400 South 27th Ave
Broadview, IL 60155

Sure Tape Ltd
29 Denton Ave
New Hyde Park, NY 11040

Small Business Accounting Services
700 Commerce Drive
Oak Brook, IL 60523

Sterling Graphic Supply Inc
PO Box 112
Elgin, IL 60121

SVI
PO Box 1750
Aurora, IL 60507

Tami Wolak
24533 Bantry Drive
Shorewood, IL 60404

Tilan Kanesive
PO Box 2776
Paterson, NJ 07509

TRGT Enterprises
308 S. Green Valley Drive
Naperville, IL 60540

Target
Po Box 9475
Minneapolis, MN 55440

Tom Adent
5250 Olive Branch Road
Three Oaks, MI 49128

TRESU Royse Inc
PO Box 612052
Dallas, TX 75261

Target Nb
P.O. Box 673
Minneapolis, MN 55440

Tompkins Printing
5050 North Rose Street
Schiller Park, IL 60176

Tri-State Electrical Service
PO Box 2064
Westmont, IL 60559

Team Concept Printing
540 Tower Blvd
Carol Stream, IL 60188

Too Busy To, Inc
PO Box 654
Hinsdale, IL 60522

Tri-State Electrical Service
Attn: William Campbell
7130 Beechnut Lane
Westmont, IL 60559

The Cadle Company II, Inc.
100 North Center Street
Newton Falls, OH 44444

Total Fire & Safety, Inc.
6808 Hobson Valley Drive, Unit 105
Woodridge, IL 60517

Triangle Die
1436 Louis Bork Drive
Batavia, IL 60510

The Oldham Group
2056 N. Republic
Springfield, IL 62702

Toyo Ink America, Inc.
PO Box 94006
Chicago, IL 60690

TS Graphics
633 Hitchcock Ave
Lisle, IL 60532

The Ticket Factory
7034 Darby Avenue
PO Box 1133
Reseda, CA 91335

TR Visuals & Office Supply Co.
405 S Busse Road
Elk Grove Village, IL 60007

Uarco Incorporated
PO Box 71660
Chicago, IL 60694

The Wall Street Journal
200 Burnet Road
Chicopee, MA 01021

Tracer Imaging LLC
20 Harlem Ave
Suite 300
White Plains, NY 10603

ULINE
Accounts Receivable
2200 S. Lakeside Drive
Lombard, IL 60148

The Winnetka Bank
791 Elm St.
Winnetka, IL 60093

Trade Envelopes, Inc.
480 Randy Road
Carol Stream, IL 60187

Uniform Graining Corporation
2120 W. Lake Street
Chicago, IL 60612

Timely Press, Inc.
694 Veterans Parkway
Unit H
Bolingbrook, IL 60440

Transport Service Company
908 North Elm,
Suite 101
Hinsdale, IL 60521

Unisource
7472 Collection Center Drive
Chicago, IL 60693

United Parcel Service
Lockbox 577
Carol Stream, IL 60132

Viegen Board Sales Inc.
22 W 150 Butterfield Road
Warrenville, IL 60555

XL Marketing Group, Inc.
845 Bonnie Lane
Elk Grove Village, IL 60007

Universal Laminating
560 Territorial Drive
Bolingbrook, IL 60440

Waste Management
PO Box 4648
Carol Stream, IL 60197

Xpedx
3568 Solutions Center
Chicago, IL 60677

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Weiss, Sugar, Dvorek & Dusek
20 N. Wacker
Suite 2250
Chicago, IL 60606

Update LTD
134 Peavey Circle
Chaska, MN 55318

WEKO North America, Inc
PO Box 170036
896 West St John St
Spartanburg, SC 29301

UPS Freight
6633 W. 75th Street
Chicago, IL 60638

Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485

Us Bank/na Nd
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

Western States Envelope Co.
PO Box 2048
Milwaukee, WI 53288

US Office Products
100 N. Gary Ave
Roselle, IL 60172

Wetbrook Lock and Key
PO Box 7444
Westchester, IL 60154

Veterans Messenger Service
PO Box 66973
Slot 302141
Chicago, IL 60666

White Graphics
1411 Center Circle
Downers Grove, IL 60515

Village of Hinsdale
19 E. Chicago Ave
Hinsdale, IL 60521

WW Grainger, Inc.
2701 Ogden Ave
Downers Grove, IL 60515

Village of Lombard
PO Box 6507
Chicago, IL 60680

Xerox Corporation
PO Box 802555
Chicago, IL 60680